JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARSHALUYS PAMBUKYAN, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | No. CV 24-6027-DMG (BFMx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE [16] [17]** |

       The Court has reviewed the parties' "joint motion" to dismiss this case with prejudice. [Doc. # 17.] The Court construes the joint motion as a Joint Stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing, the Court **APPROVES** the joint stipulation and **DISMISSES** this action **WITH PREJUDICE**. Plaintiff's "request to dismiss case" or notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), filed two days prior to the Joint Stipulation, is **DENIED as moot**. [Doc. # 16.]

      **IT IS SO ORDERED**.

DATED: June 6, 2025

                                                           DOLLY M. GEE
                                              CHIEF U.S. DISTRICT JUDGE